UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                                        **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 25-9502-AH(MAAx)** | Date | FEBRUARY  18, 2026 |
| Title | Wells Fargo Bank, N.A. v. Jose Alonzo | | |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Yolanda Skipper | COURT SMART |
| Deputy Clerk | Court Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Adeline Tungate | No appearance made |

**Proceedings:    HEARING RE: MOTION TO REMAND [8]   [JS-6]**

The case is called and counsel state their appearances.  The Court and counsel confer.

Following oral argument, the Court advises counsel that the motion is hereby GRANTED.  The Court further declined to award attorney fees.   This will be the order as stated on the record.

IT IS SO ORDERED.

cc: all parties

__: 06

CV-90 (2/10)                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS